UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN BROOKS,<br><br>        Plaintiff(s),<br><br>   v.<br><br>PERSONAL PROTECTIVE SERVICES,<br><br>        Defendant(s).<br>_____/ | No. C-13-03806 DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On August 16, 2013, Plaintiff Kelvin Brooks filed suit in this Court along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] On the same day, the Clerk issued a Notice to Submit Additional Documentation, notifying Plaintiff that his complaint could not proceed until he submitted the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission. [Docket No. 4.] Plaintiff has not submitted the requested documentation. Accordingly, the court ORDERS Plaintiff to respond by October 4, 2013 and explain why this case should not be dismissed for failure to prosecute. Failure to respond by October 4, 2013 may result in dismissal of this action.

IT IS SO ORDERED.

Dated: September 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge