United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN BROOKS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PERSONAL PROTECTIVE SERVICES,<br><br>    Defendant(s).<br>_____/ | No. C-13-03806 DMR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for November 13, 2013 has been VACATED and will be re-set at a later date. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
DONNA M. RYU
United States Magistrate Judge