UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELVIN BROOKS,

    Plaintiff,

v.

PERSONAL PROTECTIVE SERVICES,

    Defendant.

_____/

No. C-13-03806 DMR

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS AND SETTING INITIAL CASE MANAGEMENT CONFERENCE**

On November 22, 2013, the court granted Plaintiff's motion for leave to proceed in forma pauperis and dismissed the complaint with leave to amend. [Docket No. 13.] On December 11, 2013, Plaintiff filed an amended complaint. [Docket No. 14.] The amended complaint having been found to comply with Title 28 U.S.C. § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

The Initial Case Management Conference is set for **February 19, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than February 12, 2013. All other deadlines as set forth in

the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

IT IS SO ORDERED.

Dated:  December 13, 2013



_____
DONNA M. RYU
United States Magistrate Judge

2