UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN BROOKS, | No. C-13-03806 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| PERSONAL PROTECTIVE SERVICES, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for March 12, 2014 at 1:30 p.m. before this court in the above-entitled case. Plaintiff was not present.

IT IS HEREBY ORDERED that by **March 21, 2014**, Plaintiff show cause in writing why this action should not be dismissed for failure to prosecute this case.

IT IS SO ORDERED.

Dated: March 12, 2014

_____
DONNA M. RYU
United States Magistrate Judge