UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN BROOKS,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>PERSONAL PROTECTIVE SERVICES,<br><br>　　　　　Defendant(s).<br>_____/ | No. C-13-03806 DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, SETTING CASE MANAGEMENT CONFERENCE** |

　　　The court is in receipt of Plaintiff's March 18, 2014 response to the court's Order to Show Cause. [Docket No. 25.] The Order to Show Cause is discharged. A Case Management Conference is set for **April 9, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than April 2, 2014. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

　　　IT IS SO ORDERED.

Dated: March 19, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge