UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN BROOKS, | No. C-13-03806 DMR |
| Plaintiff(s), | **ORDER TO ISSUE AMENDED SUMMONS AND COMPLETE SERVICE** |
| v. | |
| PERSONAL PROTECTIVE SERVICES, | |
| Defendant(s). | |

The court has reviewed the Amended Proof of Service filed by the U.S. Marshal on March 12, 2014, indicating that "Lee Dague," an "employee auth [sic] to receive process" was served personally on behalf of Defendant Personal Protective Services on January 3, 2014. [Docket No. 21.] The Amended Proof of Service provides no information about Lee Dague's title or position with Defendant and no information supporting the claim that he or she is authorized to receive process on behalf of Defendant. Defendant has not appeared in this action. Therefore, the Clerk is ordered to issue an amended summons to Defendant Personal Protective Services, c/o Stanley Teets [listed as Defendant's agent for service of process on the California Secretary of State's website], 398 Beach Road, Burlingame, CA 94010. The U.S. Marshal is ordered to **personally serve** Stanley Teets as agent for service of process for Defendant Personal Protective Services.

IT IS SO ORDERED.

Dated: April 9, 2014

DONNA M. RYU
United States Magistrate Judge