**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELVIN BROOKS,

    Plaintiff(s),

v.

PERSONAL PROTECTIVE SERVICES,

    Defendant(s).

No. C-13-03806 DMR

**SECOND ORDER TO ISSUE AMENDED SUMMONS AND COMPLETE SERVICE**

On April 9, 2014, the court ordered the Clerk to issue an amended summons to Defendant Personal Protective Services, c/o Stanley Teets [listed as Defendant's agent for service of process on the California Secretary of State's website], 398 Beach Road, Burlingame, CA 94010, and ordered the U.S. Marshal to personally serve Stanley Teets as agent for service of process for Defendant Personal Protective Services. [Docket No. 27.] On June 5, 2014, an executed proof of service was filed reflecting service on "Richard Dague Exec. Mgr." [Docket No. 31.] The court hereby orders the Clerk to again issue an amended summons to Defendant Personal Protective Services, c/o Stanley Teets, 398 Beach Road, Burlingame, CA 94010. **The U.S. Marshal is ordered to personally serve Stanley Teets as agent for service of process for Defendant Personal Protective Services.**

IT IS SO ORDERED.

Dated: June 9, 2014



DONNA M. RYU
United States Magistrate Judge