**United States District Court**
For the Northern District of California

1
2
3
4
5
6                     UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9   KELVIN BROOKS,                          No. C-13-03806 DMR

10          Plaintiff(s),                   **ORDER SETTING CASE
                                            MANAGEMENT CONFERENCE**
11      v.

12   PERSONAL PROTECTIVE SERVICES,

13          Defendant(s).
     _____/
14

15      TO ALL PARTIES AND COUNSEL OF RECORD:

16      The Case Management Conference is set for **August 13, 2014 at 1:30 p.m.**, Courtroom 4,

17  3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management

18  Statement is due no later than **August 6, 2013.**

19

20      IT IS SO ORDERED.

21

22  Dated:  July 28, 2014

23

24                                          DONNA M. RYU
                                            United States Magistrate Judge
25

26

27

28