UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN BROOKS, | No. C-13-03806 DMR |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| PERSONAL PROTECTIVE SERVICES, | |
| Defendant(s). | |

The court is in receipt of Defendant Personal Protective Services's request to continue the Case Management Conference. The request is granted. The Case Management Conference previously scheduled for August 13, 2014 has been CONTINUED to **October 29, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than October 22, 2014.

IT IS SO ORDERED.

Dated: August 12, 2014

_____
DONNA M. RYU
United States Magistrate Judge